**SO ORDERED.**

**SIGNED this 8th day of September, 2014.**



_____
US BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| In re:<br><br>J C FAW,<br><br>Debtor. | Case No. 12-50970<br><br>Chapter 11 |

### ORDER GRANTING MOTION FOR LIQUIDATION OF SECURED CLAIMS OF CERTUSBANK

This matter having come before the Court on July 16, 2014, upon the Motion to Request Liquidation of Secured Claim (Doc. No. 806) (the "Motion"), filed by CertusBank (the "Bank"), seeking liquidation of its secured claim; and all parties in interest having been furnished timely and proper notice of the Motion; no objections to the Motion having been filed; the Bank and the Debtor having agreed to the liquidated claim amounts set forth in this order and in the attached Exhibit A; and for good and sufficient cause shown,

IT IS HEREBY ORDERED that with the consent of the Debtor and the Bank, the Court determines that for all purposes in the Debtor's case, including the determination of the payment amounts to be made by the Debtor pursuant to his confirmed plan, the Bank's fully secured claims are allowed as set forth in the attached Exhibit A incorporated into this order.

[END OF DOCUMENT]

Parties to be Served; 12-50970

| | | |
|---|---|---|
| William P. Miller, Esq._<br>bancm_ecf@ncmba.uscourts.gov | Robert E. Price, Jr., Esq.<br>bancm_ecf@ncmba.uscourts.gov | *Dirk W. Siegmund*<br>*OBO Debtor*<br>*dws@imgt-law.com*<br>*cja@imgt-law.com* |
| Matthew L. Underwood<br>OBO Wells Fargo Bank, NA<br>matt.underwood@brockandscott.com<br>cltecfnotices@brockandscott.com | Wesley L. Deaton, Esq.<br>OBO Peoples Bank<br>wldeaton@ppd-law.com | *Justin W. Kay*<br>*OBO Debtor*<br>*jwk@imgt-law.com*<br>*trg@imgt-law.com*<br>*cja@imgt-law.com* |
| Samantha K. Brumbaugh<br>OBO Debtor<br>cfslaw@hotmail.com<br>trg@imgt-law.com | John H. Small<br>OBO Bank of Oak Ridge<br>jsmall@brookspierce.com<br>dfunderburke@brookspierce.com<br>so'brien@brookspierce.com | *Alan B. Powell*<br>*OBO Bank of North Carolina*<br>*lbarker@rhrlaw.com*<br>*apowell@rhrlaw.com; cfinan@rhrlaw.com*<br>*kdailey@rhrlaw.com; alorusso@rhrlaw.com* |
| Charles M. Ivey, III<br>OBO Debtor<br>jlh@imgt-law.com | James Lanik, Esq.<br>OBO Bank of North Carolina<br>rlaws@rhrlaw.com<br>jlanik@rhrlaw.com | *C. Edwin Allman, III*<br>*OBO Unsecured Creditors Committee*<br>*ceallman@allmanspry.com*<br>*sbyerley@allmanspry.com* |
| William E. Burton III<br>OBO Virtual Realty Enterprises LLC<br><br>Will.Burton@smithmoorelaw.com | Daniel C. Bruton<br>OBO ACLC Business Loan Receivables Trust<br>dbruton@belldavispitt.com<br>cpierce@belldavispitt.com | *Franklin Drake*<br>*OBO Bank of Tennessee*<br>*fdrake@smithdebnamlaw.com*<br>*wparker@smithdebnamlaw.com*<br>*cmcghee@smithdebnamlaw.com* |
| Robert H. Pryor<br>OBO Bank of Granite<br>bpryor@mcguirewoods.com | Clint S. Morse<br>OBO Bank of Oak Ridge<br>cmorse@brookpierce.com<br>lhayes@brookpierce.com | *Lance P. Martin*<br>*OBO Capital Bank, N.A.*<br>*lpm@wardandsmith.com*<br>*lnb@wardandsmith.com*<br>*tcw@wardandsmith.com*<br>*docket@wardandsmith.com* |
| Rayford K. Adams, III<br>OBO Bank of Floyd<br>RKAdams@spilmanlaw.com<br>cwendt@spilmanlaw.com<br>kbrewer@spilmanlaw.com | J. Trevor Johnston<br>OBO Bank of Granite<br>tjohnston@mcguirewoods.com | *James S. Livermon, III*<br>*OBO Highlands Union Bank*<br>*jlivermon@poynerspruill.com* |
| June K. Allison<br>OBO 7-Eleven Corp.<br>linda.lyle@wnhplaw.com | Pamela P. Keenan<br>OBO Ally Financial Inc.<br>PKeenan@kirschlaw.com | *Charles M. Tatelbaum*<br>*OBO Ally Financial fka GMAC*<br>*ctatelbaum@hinshawlaw.com*<br>*lparker@hinshawlaw.com* |

| | | |
|---|---|---|
| W. Walt Pettit<br>OBO Yadkin Valley Bank and Trust Co.<br>Walt.pettit@hsbfirm.com<br>Shanna.campbell@hsbfirm.com;<br>Tracy.vines@hsbfirm.com | M. Rachel Dimont<br>OBO Carolina Bank<br>rmd@blancolaw.com | *June L. Basden*<br>*OBO Carter Bank & Trust*<br>*jlb@crlaw.com* |
| Kenneth M. Greene<br>OBO Carter Bank & Trust<br>kmg@crlaw.com | Mark A. Pinkston<br>OBO United Community Bank<br>kburchfield@vanwinklelawfirm.com<br>dcooley@vwlawfirm.com | *Rebecca A. Leigh*<br>*OBO General Electric Capital Corp.*<br>*Teresa@leighlaw.com* |
| A. Todd Darwin<br>OBO The National Bank of S.C.<br>tdarwin@holcombebomar.com | Norman J. Leonard<br>OBO Capital Bank, N.A.<br>njl@wardandsmith.com | *Eric S. Goldstein, Esq.*<br>*OBO Motiva Enterprises LLC*<br>*egoldstein@goodwin.com*<br>*bankruptcy@goodwin.com*<br>*bankruptcyparalegal @goodwin.com* |
| Julie A. Manning, Esq.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>jmanning@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Kristen Diane Price<br>Kprice@poynerspruill.com | Kimberly A. Sheek<br>Shapiro & Ingle, LLP<br>ncbkmail@shapiro-ingle.com |
| Sarah F. Sparrow<br>Tuggle Duggins<br>OBO Buck Parsons<br>SSparrow@tuggleduggins.com<br>MartiT@tuggleduggins.com | Joe Joslyn<br>Bailey & Thomas, P.A.<br>PO Box 52<br>Winston-Salem, NC 27102-0052<br>jjoslyn@baileyandthomas.com | Brian R. Anderson<br>OBO First Bank<br>banderson@nexsenpruet.com |
| Mr. JC Faw<br>Mr. Ira Morris<br>Wisco Diversified of America, Inc.<br>PO Box 410<br>Wilkesboro, NC 28697 | William B. Rhodes, CPA<br>The Rhodes Companies, Inc.<br>5920 Davis Mill Road<br>Greensboro, NC 27406 | |

Exhibit A
(Liquidated Claim as of May 31, 2014)

| Principal | $133,043.41 |
|---|---|
| Interest | $19,666.59 |
| 506(b) charges | |
|    A.  Attorney's Fees and Costs | $10,000.00 |
|    B.  Late Fees | $182.30 |
|    C.  Forced Place Insurance | $515.00 |
|    D.  Appraisal | $3,300.00 |
|    E.  Property Inspection and Phase I Report | $2,100.00 |
| | |
| Total | $168,807.30 |